**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAITLIN O'CONNOR, CIELO JEAN GIBSON, EVA PEPAJ, JAIME EDMONDSON-LONGORIA, JESSICA BURCIAGA, INA SCHNITZER a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MASHA LUND, SARAH STAGE, TINA QUARLES, TIFFANY TOTH GRAY, VIDA GUERRA, ALANA SOUZA a/k/a ALANA CAMPOS, AMBER LANCASTER, CORA SKINNER, and BRITTANY CRIPLIVER<br><br>Plaintiffs,<br><br>vs.<br><br>TWO M, INC. d/b/a MINKS (formerly d/b/a BABES CABARET)<br><br>Defendant. | Case No. 2:19-cv-01895-JAD-BNW<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT** |

**NOTICE IS HEREBY GIVEN** that the claims and disputes between Plaintiffs, CAITLIN O'CONNOR, CIELO JEAN GIBSON, EVA PEPAJ, JAIME EDMONDSON-LONGORIA,

1

KRB/26482

JESSICA BURCIAGA, INA SCHNITZER a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MASHA LUND, SARAH STAGE, TINA QUARLES, TIFFANY TOTH GRAY, VIDA GUERRA, ALANA SOUZA a/k/a ALANA CAMPOS, AMBER LANCASTER, CORA SKINNER, and BRITTANY CRIPLIVER (collectively "Plaintiffs"), and Defendant, TWO M, INC. d/b/a MINKS (formerly d/b/a BABES CABARET) ("Defendant") have been settled. Plaintiffs and Defendant anticipate filing a Stipulation for Dismissal of all remaining claims against Defendant, with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff provides this Notice as a courtesy to the Court to let the Court know that this matter has been settled and the Parties expect to file a Stipulation for Dismissal with the Court in the near future.

DATED this 20th day of October, 2021.

**Order**
IT IS ORDERED that dismissal documents must be filed by 12/21/2021.

IT IS SO ORDERED
DATED: 8:51 am, October 21, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

ALVERSON TAYLOR & SANDERS

*/s/ David M. Sexton*_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

N:\CLIENTS\26400\26482\pleading\notice of settlement.docx

2

KRB/26482